# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

In Re: Kirk William Keeler  
       Diana Lynn Keeler  
           Debtors.

Case No. 19-41482

## MOTION TO WITHDRAW
## COMBINED WITH NOTICE TO CLIENT

COMES NOW Adam M. Mack, attorney for Debtors, and moves the Court for an Order allowing said attorney to withdraw as counsel for the Debtors. In support of this Motion, the Movant shows the Court as follows:

1. Debtors hired counsel to assist in filing a Chapter 13 Bankruptcy Petition.

2. There has been a breakdown in communication between the debtors and counsel.

3. Debtors are hereby admonished that Debtors are personally responsible for complying with all orders of the court and the time limitations established by the rules of procedure or by court order.

4. Counsel has advised the parties to immediately seek legal counsel to assist them in their bankruptcy.

5. Debtors are hereby given notice that objections to confirmation of Debtors' chapter 13 plan have been filed by the Chapter 13 Trustee (Doc. 27) and Denison State Bank (Doc. 44).

6. Debtors are hereby given notice that the Chapter 13 Trustee has filed a Motion to Dismiss (Doc. 40). Counsel has objected to said Motion to Dismiss and it may be set for hearing by the Court. It is Debtors' duty to personally attend the hearing and defend themselves or to hire counsel to do so.

7.  Debtors are hereby given notice that there is a confirmation hearing set for February 26, 2020 at 1:30 p.m. for their case; and that the objections to confirmation referenced in Paragraph 5 will be taken up by the court at that time.

8.  Per the records on www.13network.com, the Chapter 13 Trustee is currently holding $2,533.61 paid to the trustee by Debtor.  To date, Counsel has billed legal fees and incurred expenses in the amount of $7,148.00 (invoice attached) ("Fees Earned").  Counsel requests that the Court direct the Chapter 13 Trustee to disperse payment of $2,533.61 less the court filing fees for the Fees Earned forthwith as if the case has been confirmed, regardless of whether case is ever successfully confirmed.

9.  On information and belief, Debtors, Kirk & Diana Keeler, current mailing address is: 170 145th Street, Wetmore, KS 66550.

WHEREFORE, Adam M. Mack respectfully prays this Court for an Order allowing him to withdraw as attorney for Debtors, and granting the fees requested herein.

Respectfully submitted,

/s/ Adam M. Mack
Adam M. Mack, #24443
Mack & Associates, LLC
2850 SW Mission Woods Drive
Topeka, Kansas 66614
(785) 274-9040
adam.mack@kansasjustice.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

On this the 31st day of January, 2020, the undersigned, Adam M. Mack, does hereby certify that he caused a true and accurate copy of the above and foregoing Motion to Withdraw Combined with Notice to Client and the attached invoice to be deposited in the United States mail, Certified with a Return Receipt, postage prepaid, addressed to the following:

Kirk Keeler
170 145th Street
Wetmore, KS 66550

Diana Keeler
170 145th Street
Wetmore, KS 66550

Respectfully submitted,

/s/ Adam M. Mack
Adam M. Mack, #24443

**Mack & Associates, LLC**
2850 SW Mission Woods Drive
Topeka, Kansas 66614-5616
United States
(888) 506-7029



**Kirk William Keeler**
170 145th Street
Wetmore, KS 66550
United States

**Balance**     $7,148.00
**Invoice #**     05761
**Invoice Date**     January 29, 2020
**Payment Terms**
**Due Date**

---

## Keeler, Kirk William & Diane Lynn 19-xxxxME

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---:|---:|---:|
| 11/12/2019 | AMM | Drafting | Bankruptcy petition, schedules and plan | $250.00 | 4.0 | $1,000.00 |
| 11/26/2019 | AE | Written Communication | follow up with client | $90.00 | 0.1 | $9.00 |
| 11/26/2019 | AE | Written Communication | Follow up with client re course | $90.00 | 0.1 | $9.00 |
| 11/27/2019 | AE | Written Communication | multiple follow up with clients re paperwork | $90.00 | 0.2 | $18.00 |
| 11/29/2019 | AE | Filing | Bankruptcy case | $90.00 | 0.2 | $18.00 |
| 11/29/2019 | AE | Written Communication | email to t'ee office with exhibits | $90.00 | 0.1 | $9.00 |
| 11/29/2019 | AE | Written Communication | email to t'ee office with taxes | $90.00 | 0.1 | $9.00 |
| 11/29/2019 | AE | Drafting | motion to extend stay & notice of hearing | $90.00 | 0.2 | $18.00 |
| 11/29/2019 | AMM | Drafting | reviewing motion to extend stay & notice of hearing | $250.00 | 0.1 | $25.00 |
| 11/29/2019 | AE | Drafting | motion to extend stay & notice of hearing | $90.00 | 0.1 | $9.00 |
| 12/02/2019 | AE | Written Communication | letter re 341 | $90.00 | 0.1 | $9.00 |
| 12/05/2019 | AMM | Document Review | POC LVNV | $250.00 | 0.2 | $50.00 |
| 12/09/2019 | AMM | Document Review | POC KDOR | $250.00 | 0.2 | $50.00 |
| 12/10/2019 | AMM | Document Review | POC Navient | $250.00 | 0.2 | $50.00 |
| 12/13/2019 | AE | Written Communication | response to t'ee email | $90.00 | 0.1 | $9.00 |
| 12/16/2019 | AMM | Document Review | Objection filed by Denison | $250.00 | 0.5 | $125.00 |

| Date | Attorney | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---:|---:|---:|
| 12/17/2019 | AE | Drafting | Response to objection filed by Denison | $90.00 | 0.3 | $27.00 |
| 12/17/2019 | AMM | Drafting | review and edit response to objection | $250.00 | 0.3 | $75.00 |
| 12/17/2019 | AE | Filing | response to objection filed by Denison | $90.00 | 0.1 | $9.00 |
| 12/17/2019 | AMM | Court Preparation | mtn to extend stay | $250.00 | 0.5 | $125.00 |
| 12/17/2019 | AMM | Court Hearing | mtn to extend stay | $250.00 | 1.0 | $250.00 |
| 12/17/2019 | AE | Written Communication | multiple texts to clients re pay stubs | $90.00 | 0.2 | $18.00 |
| 12/18/2019 | AE | Written Communication | response to t'ee email | $90.00 | 0.1 | $9.00 |
| 12/19/2019 | AMM | Written Communication | response to t'ee email | $250.00 | 0.2 | $50.00 |
| 12/30/2019 | AE | Written Communication | reminder of 341 | $90.00 | 0.1 | $9.00 |
| 01/02/2020 | AE | Written Communication | response to client texts | $90.00 | 0.2 | $18.00 |
| 01/02/2020 | AMM | Court Preparation | 341 | $250.00 | 0.5 | $125.00 |
| 01/02/2020 | AMM | Court Hearing | 341 | $250.00 | 1.0 | $250.00 |
| 01/06/2020 | AMM | Document Review | POC Porfolio | $250.00 | 0.2 | $50.00 |
| 01/07/2020 | AE | Written Communication | texts to clients | $90.00 | 0.2 | $18.00 |
| 01/07/2020 | AMM | Written Communication | email to o/c | $250.00 | 0.5 | $125.00 |
| 01/08/2020 | AMM | Written Communication | review email from o/c | $250.00 | 0.2 | $50.00 |
| 01/09/2020 | AMM | Document Review | Objection to Confirmation | $250.00 | 0.3 | $75.00 |
| 01/09/2020 | AMM | Document Review | POC Denison State Bank | $250.00 | 0.3 | $75.00 |
| 01/10/2020 | AMM | Drafting | amended budget | $250.00 | 0.2 | $50.00 |
| 01/10/2020 | AMM | Phone Call | call with clients | $250.00 | 0.5 | $125.00 |
| 01/13/2020 | AMM | Document Review | Motion to Dismiss | $250.00 | 0.2 | $50.00 |
| 01/13/2020 | AE | Written Communication | email to trustee | $90.00 | 0.1 | $9.00 |
| 01/13/2020 | AE | Document Review | trial reminder letter | $90.00 | 0.1 | $9.00 |
| 01/14/2020 | AE | Written Communication | review email from o/c | $90.00 | 0.1 | $9.00 |
| 01/14/2020 | AE | Written Communication | email to o/c | $90.00 | 0.1 | $9.00 |
| 01/14/2020 | AMM | Written Communication | various texts to clients | $250.00 | 0.5 | $125.00 |
| 01/15/2020 | AE | Written Communication | email to o/c | $90.00 | 0.1 | $9.00 |
| 01/15/2020 | AMM | Written Communication | email to o/c | $250.00 | 0.3 | $75.00 |
| 01/15/2020 | AE | Written Communication | email to o/c | $90.00 | 0.1 | $9.00 |

| Date | Initials | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/15/2020 | AE | other | preparing witness and exhibit lists and trial notebook | $90.00 | 1.0 | $90.00 |
| 01/15/2020 | AE | Written Communication | email to o/c | $90.00 | 0.1 | $9.00 |
| 01/15/2020 | AE | Drafting | obj to mtd | $90.00 | 0.2 | $18.00 |
| 01/15/2020 | AMM | Drafting | review obj to mtd | $250.00 | 0.1 | $25.00 |
| 01/15/2020 | AMM | Written Communication | text to client | $250.00 | 0.1 | $25.00 |
| 01/16/2020 | AE | Filing | obj to mtd | $90.00 | 0.1 | $9.00 |
| 01/16/2020 | AMM | Drafting | editing form 122c | $250.00 | 0.2 | $50.00 |
| 01/16/2020 | AE | Written Communication | text to client | $90.00 | 0.1 | $9.00 |
| 01/17/2020 | AMM | Court Preparation | Trial prep | $250.00 | 5.0 | $1,250.00 |
| 01/17/2020 | AMM | Phone Call | call with clients | $250.00 | 1.0 | $250.00 |
| 01/20/2020 | AMM | Written Communication | email to o/c | $250.00 | 0.1 | $25.00 |
| 01/21/2020 | AMM | Court Hearing | Trial | $250.00 | 5.0 | $1,250.00 |
| 01/21/2020 | AMM | Document Review | POC MBC | $250.00 | 0.2 | $50.00 |
| 01/21/2020 | AE | Drafting | obj to mtd | $90.00 | 0.1 | $9.00 |
| 01/21/2020 | AMM | Drafting | reviewing obj to mtd | $250.00 | 0.1 | $25.00 |
| 01/21/2020 | AMM | Written Communication | various texts to clients | $250.00 | 0.4 | $100.00 |
| 01/22/2020 | AMM | Document Review | objection to confirmation | $250.00 | 0.3 | $75.00 |
| 01/28/2020 | AMM | Court Preparation | confirmation hearing | $250.00 | 0.5 | $125.00 |
| 01/29/2020 | AMM | Court Hearing | conf hearing | $250.00 | 0.5 | $125.00 |
| 01/29/2020 | AMM | Phone Call | call with clients | $250.00 | 0.5 | $125.00 |
| 01/29/2020 | AMM | Written Communication | email to trustee | $250.00 | 0.1 | $25.00 |
| 01/29/2020 | AMM | Written Communication | various texts to clients | $250.00 | 0.3 | $75.00 |
| 01/30/2020 | AMM | Drafting | Drafted affidavit | $250.00 | 0.3 | $75.00 |
| 01/30/2020 | AMM | Phone Call | Phone call w/Ed Walsh | $250.00 | 0.3 | $75.00 |
| | | | Totals: | | **31.6** | **$7,148.00** |

| | |
|---|---|
| Time Entry Sub-Total: | $7,148.00 |
| **Sub-Total:** | $7,148.00 |
| **Total:** | $7,148.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$7,148.00** |